Eastern District of Kentucky
FILED
OCT 28 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 10-53

UNITED STATES OF AMERICA                                    PLAINTIFF

V.            **MOTION OF UNITED STATES
              FOR ISSUANCE OF ARREST WARRANTS**

OBA LAYTON CHAMPLIN,
WILLIAM LOGAN,
JOHNNY DALE MARCUM, and
BILL HARRIS                                                 DEFENDANTS

\* \* \* \* \*

The United States moves for the issuance of arrest warrants for the presence of the Defendants, Oba Layton Champlin, William Logan, Johnny Dale Morgan, and Bill Harris, returnable forthwith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: *Michael D. Pratt*
Michael D. Pratt
Special Assistant United States Attorney
601 Meyers Baker Road, Suite 200
London, Kentucky 40741
(606) 864-5523
FAX (606) 864-3590
Michael.Pratt2@usdoj.gov