Eastern District of Kentucky
FILED
OCT 2 8 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 10-53

UNITED STATES OF AMERICA                           PLAINTIFF

V.        **ORDER FOR ISSUANCE OF ARREST WARRANTS**

OBA LAYTON CHAMPLIN,
WILLIAM LOGAN,
JOHNNY DALE MARCUM, and
BILL HARRIS                                        DEFENDANTS

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of arrest warrants is GRANTED, and arrest warrants are ISSUED for the Defendants, Oba Layton Champlin, William Logan, Johnny Dale Morgan, and Bill Harris.

On this 28th day of October, 2010

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal
          United States Probation
          Michael D. Pratt, Special Assistant United States Attorney