UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
INITIAL APPEARANCE, ARRAIGNMENT AND PLEA

Case No. **6: 10-CR-53-02-ART**          At: **London**          Date **November 24, 2010**

U.S.A. vs **William Logan**   **X** present   **X** custody   ___ OR   AGE ___

**DOCKET ENTRY:** Defendant arraigned on Indictment and advised of Constitutional Rights. The United States moved for pretrial detention. This is an appropriate motion by the United States pursuant to the Bail Reform Act. Defendant moved for a general continuance of the detention hearing. If defendant desires a detention hearing he should file an appropriate motion with the Court, and a detention hearing will be promptly scheduled.

**PRESENT: HON. HANLY A. INGRAM, U.S. MAGISTRATE JUDGE**

| **Rebecca Chaney** | **Sandy Wilder** | **Michael D. Pratt** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**Counsel for Deft** **Willis G. Coffey**   **X** present   ___ retained   **X** appointed

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

- **X**    Copy of Indictment/Information given to the defendant.

- **X**    Defendant states true name is as it appears on the indictment.

- **X**    Ordered **Willis G. Coffey** is appointed Attorney under the Criminal Justice Act for this proceeding only pending entry of appearance by retained counsel.

- **X**    Defendant waived formal arraignment and was advised of his/her rights pursuant to Rule 10, F.R.Cr.P. Court Stated substance of charges and advised Defendant of possible penalties.

- **X**    Defendant waives reading of Indictment-Information   ___ Indictment-Information read.

- **X**    Defendant pleads ___ Guilty to Counts _____   **X** Not guilty to **all** counts

- **X**    Assigned for jury trial before Judge Amul R. Thapar on **January 31, 2011**, at 10:00 a.m., United States District Court, London, Kentucky, attorneys to be present at 9:30 a.m. The anticipated length of trial is 4-5 days.

- **X**    This matter will be assigned for an evidentiary hearing before Magistrate Judge Hanly A. Ingram if any motions are filed which require a hearing.

- ___    The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.

- **X**    Defendant remanded to the custody of the U.S. Marshal pending further orders of this Court.

__      **Defendant released pursuant to the terms and conditions set forth in the Order Setting Conditions of Release.**



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

**Copies: COR, USP, USM,**
    **Court Diary,**
    **CJA Clerk**

**Initials of Deputy Clerk: rcc**

```
TIC: 9 minutes
```