United States District Court
Eastern District of Kentucky
Southern Division
London
Criminal No. 10-53-ART

<u>Electronically Filed</u>

United States of America                                         Plaintiff,

V.

William Logan                                             Defendant.

---

Request for 404(b) Information

---

Comes now the defendant William Logan, by counsel, and hereby requests notice of all evidence of other crimes, wrongs, or acts that the United States intends to introduce at trial pursuant to Federal Rules of Evidence 404(b).

                                             Respectfully Submitted,

                                             <u>/s/Willis G. Coffey</u>
                                             Willis G. Coffey
                                             Coffey and Ford, P.S.C
                                             P.O. Box 247
                                             Mt. Vernon, Ky. 40456
                                             (606)256-4405

Certificate of Service:

I hereby certify on November 30, 2010 I electronically filed the foregoing Request for 404(b) Information with the clerk of the Court by using the CM/ECF system, which will send notice of filing to counsel of record.

/s/Willis G. Coffey